IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DYLAN GEERTS, ET AL. ) | |
| PLAINTIFFS, ) | NO. 3:17-1014 |
| V. ) | |
| ) | CRENSHAW/ HOLMES |
| RUTHERFORD COUNTY, TENNESSEE, ) | |
| DEFENDANT. ) | |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT**

The plaintiffs Dylan Geerts, *et al.*, individually on behalf of themselves and on behalf of all members of the classes ("Plaintiffs") and the defendant Rutherford County, Tennessee ("Defendant") (collectively the "Parties"), all of whom are Parties to this litigation, through their respective undersigned counsel, jointly move pursuant to Rule 23 of the Federal Rules of Civil Procedure an applicable case law for an order (1) approving the proposed class action settlement agreement, (2) certifying the classes for settlement purposes, (3) appointing the named plaintiffs as class representatives, and (4) appointing Kyle Mothershead, Frank Brazil and Mark Downton as lead counsel for the classes. In support of this motion, the Parties have filed the Declaration of Mark Patton (doc. no. 241) and are submitting contemporaneously herewith a supporting memorandum. Further, as explained in the supporting memorandum, the Parties will file additional supporting filings on or before December 1, 2021.

1

Respectfully submitted,

*s/* Jonathan P. Lakey
Jonathan P. Lakey (BPR 016788)
Walk Cook & Lakey, PLC
431 South Main Street, Suite 300
Memphis, TN 38103
Telephone: (901) 260-2575
jlakey@walkcook.com

D. Randall Mantooth (BPRN 013875)
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
(615) 893-5522
rmantooth@mborolaw.com
*Attorneys for Defendant*


/*s/* Mark J. Downton
MARK J. DOWNTON, #20053
**BRAZIL CLARK, PLLC**
2901 DOBBS AVENUE
NASHVILLE, TN 37211
T: 615-984-4681 / F: 615-514-9674
mark@downtonclark.com

/*s/* Frank Brazil
 FRANK R. BRAZIL, #34586
**BRAZIL CLARK, PLLC**
2901 DOBBS AVENUE
NASHVILLE, TN 37211
T: 615-984-4681 / F: 615-514-9674
frank@brazilclark.com

/*s/* Kyle F. Mothershead
KYLE F. MOTHERSHEAD, #22953
**LAW OFFICE OF KYLE MOTHERSHEAD**
2901 DOBBS AVE.
NASHVILLE, TN 37211
T: 615-730-8619 / F: 615-229-6387
kyle@mothersheadlaw.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, a copy of the foregoing Joint Motion for Final Approval was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to each of the parties on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

MARK J. DOWNTON
**BRAZIL CLARK, PLLC**
2901 DOBBS AVENUE
NASHVILLE, TN 37211

KYLE F. MOTHERSHEAD
**LAW OFFICE OF KYLE MOTHERSHEAD**
2901 DOBBS AVE.
NASHVILLE, TN 37211

FRANK BRAZIL
**BRAZIL CLARK, PLLC**
2901 DOBBS AVENUE
NASHVILLE, TN 37211

        s/Jonathan P. Lakey
        Jonathan P. Lakey